UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1295

PATRA WURAOLA AKINWANDE,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals. (A70-700-438)

Submitted: August 3, 2005                Decided: August 17, 2005

Before WILLIAMS and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Alexander M. Chanthunya, Silver Spring, Maryland, for Petitioner. Peter D. Keisler, Assistant Attorney General, M. Jocelyn Lopez Wright, Assistant Director, Larry P. Cote, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Patra Wuraola Akinwande, a native and citizen of Nigeria, petitions for review of a Board of Immigration Appeals' ("Board") order denying her motion to reconsider the denial of a motion to reconsider. We deny the petition for review.

Akinwande devotes her entire brief to the Board's October 28, 2003 order dismissing her appeal from the immigration judge's decision denying relief. Because Akinwande did not file a timely petition for review from that order, this court is without jurisdiction to conduct a review. See 8 U.S.C. § 1252(b)(1) (2000); Stone v. INS, 514 U.S. 386, 405 (1995).

Because Akinwande may not file a motion to reconsider an order denying a motion to reconsider, the Board did not abuse its discretion denying the motion. See 8 C.F.R. § 1003.2(b)(2) (2005).

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED